```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A03-0094--CV (JWS)
              "HANSON INDUSTRIES INC V ALASKA MARINE ET AL"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
    Referral Rule:  4(12)
            Filed: 04/30/03
           Closed: 11/16/05

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (120) Marine
                   FORCLOSURE OF MARITIME LIEN
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 04/30/03 receipt # 00120295
         Trial by: Court
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | HANSON INDUSTRIES INC | John E. Casperson<br>Holmes Weddle et al<br>999 3rd Avenue, Suite 2600<br>Seattle, WA 98104<br>206-292-8008 |
| DEF 1.1 | ALASKA MARINE TRANSPORT & SALVAGE INC | Elliott T. Dennis<br>Law office of Elliott T. Dennis<br>1503 W. 31st Avenue, Suite 201<br>Anchorage, AK 99503<br>907-929-4890<br>FAX 907-929-4891 |
| DEF 2.1 | [T] POLAR BEAR, M/V | Elliott T. Dennis<br>(see above) |
| PII 1.1 | [T] TRADESMEN INTERNATIONAL INC | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A03-0094--CV (JWS)
           "HANSON INDUSTRIES INC V ALASKA MARINE ET AL"

                       For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
     Referral Rule:  4(12)
             Filed: 04/30/03
            Closed: 11/16/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (120) Marine
                    FORCLOSURE OF MARITIME LIEN
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 04/30/03 receipt # 00120295
          Trial by: Court
```

| Document # | Filed    | Docket text |
|------------|----------|-------------|
| NOTE - 1   | 04/30/03 | Issued: summons on M/V Polar Bear. |
| 1 - 1      | 04/30/03 | Complaint filed. |
| 2 - 1      | 04/30/03 | PLF 1 motion for order authorizing clerk to issue process pursuant to supplemental Rule C. |
| 3 - 1      | 04/30/03 | PLF 1 Praecipe requesting svc copies of issued Arrest Warrant and Custodial Order be delivered to the U.S. Marshall by the Clerk of Court. |
| 4 - 1      | 04/30/03 | PLF 1 motion and memorandum for order appointing substitute custodian w/affs. |
| 5 - 1      | 04/30/03 | PLF 1 Errata re: PLF 1 motion and memorandum for order appointing substitute custodian w/affs. (4-1) |
| 6 - 1      | 04/30/03 | JWS Minute Order that case referred to MJ Branson per MJ Rule 4(12). cc: cnsl, MJ Branson |
| NOTE - 2   | 05/01/03 | Issued: WOA re: M/V POLAR BEAR. |
| 7 - 1      | 05/01/03 | AHB Order granting motion for order authorizing clerk to issue process pursuant to Supplemental (2-1).  cc: cnsl, USM |
| 8 - 1      | 05/01/03 | AHB Order granting motion and memorandum for order appointing substitute custodian (4-1).  cc: cnsl, USM |
| 9 - 1      | 05/02/03 | PLF 1 Notice of filing original signature pages for verified complaint and aff of Bob Boyle. |
| 10 - 1     | 05/05/03 | PLF 1 Stipulation for release of vessel. |
| 10 - 2     | 05/05/03 | AHB Order granting stipulation for release of vessel (10-1).  cc: cnsl, USM |
| 11 - 1     | 05/05/03 | DEF 1-2 Attorney Appearance of Douglas Davis (KESSAL). |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A03-0094--CV (JWS)
                       "HANSON INDUSTRIES INC V ALASKA MARINE ET AL"

                                  For all filing dates


 Document #    Filed      Docket text

    12 -   1   05/05/03   DEF 1-2 Claim of ownership.

    13 -   1   05/05/03   PLF 1 motion for order authorizing substitute custodian to complete
                          voyage and discharge cargo w/att exh.

    14 -   1   05/05/03   PLF 1 motion for order shortening time for consideration of motion
                          (13-1) w/att declaration.

    15 -   1   05/05/03   PLF 1 declaration of service re: PLF 1 motion for order authorizing
                          substitute custodian to complete voyage and discharge cargo (13-1), PLF
                          1 motion for order shortening time for consideration of motion (13-1)
                          declaration. (14-1)

    16 -   1   05/06/03   USM Return of svc on WOA & Order re: sub custodian on DEF 2 executed on
                          5/2/02.

    17 -   1   05/07/03   USM Return of svc re: release of vessel on 5/5/03.

    18 -   1   05/08/03   PLF 1; DEF 1-2 Stipulation for withdrawal of motions.

    18 -   2   05/08/03   Clerk's Notice withdrawing motion for order authorizing substitute
                          custodian to complete voyage and disc (13-1), motion for order
                          shortening time for consideration of motion (13-1) (14-1).

  NOTE -   3   05/22/03   Issued: summons re: DEF 1.

    19 -   1   06/17/03   DEF 1 Disclosure Statement.

    20 -   1   06/26/03   PLF 1 FRCP 7.1 Disclosure statement.

    21 -   1   07/10/03   JWS Minute Order that proof of svc is lacking; file proofs of svc on
                          defs svd; proceed to serve other defs in compliance w/FRCvP 4(m). cc:
                          cnsl

    22 -   1   07/22/03   PLF 1 Return of Service Executed re:DEF 1 on 5/31/03.

    23 -   1   07/29/03   JWS Minute Order that w/i 20 day plf require ans or apply for entry of
                          dft as to defs served. cc: cnsl

    24 -   1   08/07/03   PII 1 motion for leave to file complaint in intervention w/att memo and
                          prop cmplt in intervention.

    25 -   1   08/28/03   JWS Order granting mot for leave to file cmplt in intervention (24-1).
                          cc: cnsl

    26 -   1   08/28/03   PII 1 Complaint (Intervenor).

    27 -   1   09/11/03   PII 1 motion (ex parte) for order authorizing arrest of vessel.

    28 -   1   09/11/03   PII 1 motion (ex parte) for order appointing substitute custodian and to
                          accept faxed signature.

    29 -   1   09/15/03   JWS Minute Order that ans' nor dfts taken as to all named defs; if case
                          not at issue 120 days from filing of cmplt it will be dism for lack of
                          prosecution. cc: cnsl


ACRS: R_VDSDX              As of 12/01/05 at 3:07 PM by GARRY                       Page 2
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0094--CV (JWS)
                      "HANSON INDUSTRIES INC V ALASKA MARINE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 4 | 09/17/03 | Issued: WOA |
| 30 - 1 | 09/17/03 | AHB Order granting motion for order authorizing arrest of vessel (27-1). cc: cnsl, USM |
| 31 - 1 | 09/17/03 | AHB Order granting motion for order appointing substitute custodian and to accept faxed signatur (28-1). cc: cnsl, USM |
| 32 - 1 | 09/18/03 | PII 1 Notice of dismissal of this action against defendants, w/o prejudice. |
| 33 - 1 | 09/22/03 | DEF 1-2 Answer to Complaint and counterclaim. |
| 34 - 1 | 09/24/03 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 35 - 1 | 10/14/03 | Joint Initial Case Stat Report re: parties planning meeting. |
| 36 - 1 | 10/17/03 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 07/02/04; Disp mots ddln 08/02/04; 5 day TBC estimate. cc: cnsl |
| 37 - 1 | 10/17/03 | JWS Minute Order that def require reply to cclm or apply for dft w/i 20 days. cc: cnsl |
| 38 - 1 | 10/27/03 | PLF 1 Answer to DEF 1 Counterclaim. |
| 39 - 1 | 11/03/03 | USM Return of svc of WOA re: DEF 2 as unexecuted. |
| 40 - 1 | 03/31/04 | PLF 1; DEF 1-2 Stipulation for ext of time until 4/12/04 to file wit lists. |
| 40 - 2 | 04/01/04 | Order approving stip for ext of time until 4/12/04 to file wit lists (40-1). cc: cnsl |
| 41 - 1 | 04/12/04 | DEF 1 Final Witness List. |
| 42 - 1 | 04/14/04 | PLF 1 Final Witness List. |
| 43 - 1 | 07/02/04 | Stipulation for ext of time until 8/15/04 for close of disc. |
| 43 - 2 | 07/07/04 | JWS Order approving stip for ext of time until 8/15/04 for close of disc (43-1) & setting the following dates: disp mots ddln 09/15/04. cc: cnsl |
| 44 - 1 | 09/15/04 | DEF 1-2 motion to compel responses to request for production documents w/att memo & exhs. |
| 45 - 1 | 09/15/04 | DEF 1-2 Certificate re: DEF 1-2 mot to compel responses to request for production documents (44-1). |
| 46 - 1 | 09/15/04 | DEF 1-2 motion for partial summary judgment w/att memo & exhs. |
| 47 - 1 | 10/07/04 | PLF 1; DEF 1-2 Stipulation for extension of time until 10/25/04 for defendant to file reply to plaintiff's response to motion for partial summary judgment. |
| 47 - 2 | 10/08/04 | Order approving stip for ext of time until 10/25/04 for def to file reply to plf's response to mot for part sj (47-1). cc: cnsl |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A03-0094--CV (JWS)
                         "HANSON INDUSTRIES INC V ALASKA MARINE ET AL"

                                     For all filing dates

Document #   Filed      Docket text
_____   _____      _____

  48 -  1    10/14/04   JWS Minute Order granting motion to compel responses to request for
                        production documents (44-1). Hanosn to respont to the request fdo
                        production served on 5/17/04 not later than 10/29/04.  AMT shall file a
                        request for costs by 11/10/04 is entitled to recover its costs. Hanson
                        may file a response, no reply shall be filed unless requested.  cc: cnsl

  49 -  1    10/14/04   PLF 1 opposition to DEF 1-2 motion to compel responses to request for
                        production documents (44-1).

  50 -  1    10/14/04   PLF 1 opposition to DEF 1-2 motion for partial summary judgment (46-1).

  51 -  1    10/14/04   PLF 1 Notice of w/drwl & atty subs of J. Casperson for P. McFarlane. cc:
                        cnsl, J. Casperson

  52 -  1    10/25/04   DEF 1-2 reply to opposition to DEF 1-2 motion for partial summary
                        judgment (46-1) w/att exh.

  53 -  1    10/25/04   PLF 1 Notice re: mot to compel response to disc.

  54 -  1    11/01/04   JWS Order re: certification of readiness for trial; parties to certify
                        or file a report within 15 days from the date of this order. cc:cnsl

  55 -  1    11/22/04   DEF 1-2 Report re: certification of readiness for trial.

  56 -  1    12/02/04   PLF 1 Errata to response re: DEF 1-2 motion for partial summary judgment
                        (46-1) w/att aff.

  57 -  1    12/13/04   JWS Order granting motion for partial summary judgment (46-1). cc: cnsl

  58 -  1    12/13/04   JWS Order for pre-trial proceedings & FPTC set 05/16/05 @ 8:30 a.m.;
                        5-day TBC set 05/16/05 @ 9:00 a.m.; Exh rvw to be held by 3/21/05; trial
                        docs due 5/2/05. cc: cnsl

  59 -  1    03/21/05   DEF 1 Final Witness List.

  60 -  1    03/21/05   DEF 1 Joint Statement of facts.

  61 -  1    03/21/05   DEF 1 Joint Statement of issues.

  62 -  1    03/21/05   DEF 1 motion in limine w/att memo.

  63 -  1    03/23/05   PLF 1 Exhibit List.

  64 -  1    03/23/05   PLF 1 Trial Witness List.

  65 -  1    03/23/05   PLF 1 Statement of issues w/att jnt statement of issues.

  66 -  1    03/25/05   PLF 1 opposition to DEF 1 motion in limine (62-1).

  67 -  1    03/30/05   DEF 1 motion for continuance of trial w/att memo/aff.

  68 -  1    04/07/05   DEF 1 non-opposition to DEF 1 motion for continuance of trial (67-1).

  69 -  1    04/07/05   DEF 1 Notice to crt re: mot for continuance.

  70 -  1    04/12/05   JWS Minute Order granting mot for continuance of 5/16/05 TBC (67-1);
                        FPTC reset to 10/31/05 @ 8:30 a.m.; TBC reset to 10/31/05 @ 9:00 a.m.;
                        ddln for filing trial brfs ext to 10/17/05; this ord doesn't affect

ACRS: R_VDSDX              As of 12/01/05 at 3:08 PM by GARRY                        Page 4
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0094--CV (JWS)
                       "HANSON INDUSTRIES INC V ALASKA MARINE ET AL"

                                    For all filing dates

Document #    Filed     Docket text
                        brfing sched on any pending mot. cc: cnsl

  71 -    1   05/13/05  PLF 1; DEF 1 Stipulation that exh rvw w/clk to occur on or before
                        9/12/05.

  72 -    1   05/16/05  DEF 1 motion for withdrawal as counsel w/att aff.

  73 -    1   05/16/05  DEF 1 Consent for w/drwl of cnsl.

  71 -    2   05/17/05  JWS Order approving stip that exh rvw w/clk to occur on or before
                        9/12/05 (71-1). cc: cnsl

  74 -    1   05/18/05  JWS Order granting/denying motion in limine (62-1); mot to exclude
                        evidence denied w/respect to the issue of Polar Bear's size & plfs'
                        damages allegedly resulting from vessel's size provided that w/i 10 days
                        plf files and amended cmplt. cc: cnsl

  75 -    1   05/27/05  PLF 1 Complaint (Amended) for damages.

  76 -    1   06/14/05  JWS Order granting motion for withdrawal as counsel (72-1). cc: cnsl, P.
                        Schwarz

  77 -    1   06/14/05  DEF 1 Answer to  Amended Complaint.

  78 -    1   07/28/05  JWS Minute Order that P. Schwarz file rpt by 8/8/05 as to stat of
                        locating substitute cnsl. cc: cnsl, P. Schwarz

  79 -    1   08/16/05  JWS Minute Order Plf is directed to apply for default against Ak. Marine
                        Transport & Salvage, Inc. unless w/in 20 days from the date of this
                        order, counsel appears for that corp.  cc: cnsl, Peter Schwarz

  80 -    1   09/06/05  DEF 1-2 Attorney Appearance of E. Dennis.

  81 -    1   09/07/05  DEF 1 motion to continue trial date of 10/31/05 w/att aff.

  82 -    1   09/13/05  JWS Order granting mot to continue trial date of 10/31/05 (81-1); FPTC
                        reset 03/28/06 @ 8:30 a.m.; TBC reset to 3/28/06 @ 9:00 a.m.; all
                        previous ddlns which have not expired are extended the same number of
                        days. cc: cnsl

  83 -    1   11/15/05  Stipulation of dismissal.

  83 -    2   11/16/05  JWS Order approving stip of dismissal (83-1); 3/28/06 FPTC & TBC
                        vacated. cc: cnsl
```